No. 04-01-00138-CV



VILLAGES OF WESTCREEK OWNERS' ASSOCIATION, INC.,


Appellant



v.



SEDOR, LTD., A Texas Limited Partnership,

and AWE Development, L.L.C., Its General Partner,

Appellees



From the 57th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CI-15214


Honorable John J. Specia, Jr., Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: October 24, 2001



MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 The parties filed a joint motion to dismiss this appeal. We grant the motion. See Tex.
R. App. P. 42.1(a)(1). Costs of appeal are taxed against the party who incurred them. Our
mandate may be issued early upon proper motion. Tex. R. App. P. 18.1(c).

 PER CURIAM

DO NOT PUBLISH